UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS,<br><br>                                    Plaintiff,<br><br>        v.<br><br>CAL TERHUNE, et al.,<br><br>                                    Defendants. | Civil No.   99-CV-1461 JM (CAB)<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO TAKE THE DEPOSITION OF BRYAN RANSOM, AN INCARCERATED INDIVIDUAL** |

The Court hereby grants Plaintiff, through his counsel, permission to depose Bryan Ransom, CDC #H-71641, a person confined in prison, upon reasonable notice pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure.

DATED:  November 30, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge