UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS,<br><br>                           Plaintiff,<br><br>      v.<br><br>CAL TERHUNE, *et al.*,<br><br>                           Defendants. | Civil No.    99-CV-1461 JM (CAB)<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF PARTS OF THE ORDER RE DOCUMENTS PROVIDED FOR *IN CAMERA* REVIEW;**<br><br>**(2) SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PERMISSION FOR LATE DESIGNATION OF REBUTTAL EXPERTS** |

     On December 29, 2006, the Court held a telephonic discovery conference regarding Defendants' motion for reconsideration of parts of the December 20, 2006 Order compelling Defendants' production of certain documents previously provided for *in camera* review. [Doc. # 124]. Defendants' motion is **DENIED.**

     During the conference, Defendants moved for permission for late designation of rebuttal experts. Defendants shall submit a letter brief directly to the chambers on or before **January 9, 2007**. Plaintiff shall submit his opposition on or before **January 16, 2007.**  The Court will review the papers and then

///

///

///

determine if a telephonic discovery conference is necessary.

**IT IS SO ORDERED.**

DATED: December 29, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge