1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| CLARENCE L. HEARNS,<br><br>               Plaintiff,<br><br>   v.<br><br>CAL TERHUNE, et al.,<br><br>               Defendant. | Case No. 99cv0146-JM (CAB)<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>[Doc. No. 142] |
|---|---|

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Application for Order to File Documents Under Seal is GRANTED. Accordingly, the following documents shall be filed under seal:

    1.    Declaration of Justine Daniels in Support of Plaintiff's *Ex Parte* Application For Order To File Documents Under Seal;

    2.    Confidential Report of Investigation of Complaint Against Staff for Chief Deputy Warden's Approval ("Confidential Report");

    3.    Transcript of the Deposition of Clarence Leonard Hearns, Jr., dated December 6, 2006;

    4.    Sealed Portions of the Transcript of the Deposition of Silvia Huerta-Garcia, dated January 17, 2006;

///

1        5.       Sealed Portions of the Transcript of the Deposition of Lawrence
2 Small, dated January 18, 2007; and
3        6.       Sealed Portions of the Transcript of the Deposition of Frank
4 Dymond, dated January 12, 2007.

6      To the extent that Plaintiff's application to file the aforementioned documents
7 under seal is DENIED, the materials in question shall be filed, but not under seal.

8 Dated:     April 30, 2007

10                                 **CATHY ANN BENCIVENGO**
11                                 United States Magistrate Judge