IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARENCE LEONARD HEARNS, JR.,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**CAL TERHUNE, et al.,**<br><br>                              Defendants. | 99-CV-1461 JM (CAB)<br><br>[~~PROPOSED~~] **ORDER**<br><br>Hearing:    May 16, 2007<br>Time: 2:00 p.m.<br>Courtroom:    E<br>Judge: Honorable Cathy Ann<br>                      Bencivengo |

GOOD CAUSE HAVING BEEN SHOWN,

Defendants' request to submit the signed copy of the Declaration of B. Gricewich previously filed on May 7, 2007, is hereby granted.

DATED: May 9, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING DEFTS' APPLICATION                                    Case No. 99-CV-1461 JM (CAB)

1