1  AMY J. LONGO (S.B. #198304)
   ANASTASIA SMITH (S.B. #224980)
2  JUSTINE M. DANIELS (S.B. #241180)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone:   (213) 430-6000
   Facsimile:   (213) 430-6407
5
   Attorneys for Plaintiff Clarence L. Hearns
6

7

8                       **UNITED STATES DISTRICT COURT**
9
                        **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  | CLARENCE L. HEARNS, | Case No. CV-99-1461-JM (CAB) |
12  | Plaintiff, | **[PROPOSED]** ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL |
13  | v. | |
14  | CAL TERHUNE, et al., | |
15  | Defendant. | [PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATION OF JUSTINE DANIELS FILED CONCURRENTLY HEREWITH] |

Hearing Date: May 16, 2007
Time: 1:30 p.m.
Courtroom: E
Judge: Cathy A. Bencivengo

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Application For Order to File Documents Under Seal is GRANTED.

The following documents shall be filed under seal:

1. Declaration of Justine Daniels in Support of Plaintiff's *Ex Parte* Application For Order To File Documents Under Seal;

2. Plaintiff's Response to Defendants' Objections to Plaintiff's Evidence Submitted in Support of Motion for Summary Judgment;

3. Supplemental Declaration of Justine M. Daniels in Support of Plaintiff's Reply to Defendants' Objections;

4. Confidential Report of Investigation of Complaint Against Staff for Chief Deputy Warden's Approval ("Confidential Report");

5. Transcript of the Deposition of Clarence Leonard Hearns, Jr., dated December 6, 2006;

6. Sealed Portions of the Transcript of the Deposition of Silvia Huerta-Garcia, dated January 17, 2006;

7. Sealed Portions of the Transcript of the Deposition of Lawrence Small, dated January 18, 2007; and

8. Sealed Portions of the Transcript of the Deposition of Frank Dymond, dated January 12, 2007.

To the extent that Plaintiff's application to file the aforementioned documents under seal is DENIED, the materials in question shall be filed, but not under seal.

Dated: May 16, 2007

_____
The Honorable Cathy A. Bencivengo
Judge of the District Court

LA2:831711.1

[Proposed] Order re Plaintiff's *Ex Parte* Application for Order to File Documents Under Seal

- 1 -

HEARNS V. TERHUNE ET AL., CV-99-1461-JM (CAB)