FILED

07 JUN 19 PM 1:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CAL TERHUNE, et al.,<br><br>Defendants. | 99-CV-1461 JM (CAB)<br><br>[~~PROPOSED~~] ORDER VACATING PRETRIAL DATES PENDING A RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

GOOD CAUSE HAVING BEEN SHOWN, and based on the parties' stipulation,

IT IS HEREBY ORDERED that all currently scheduled Pretrial deadlines are vacated, pending a decision on Defendants' motion for summary judgment. The parties are directed to jointly contact the Chambers of this Court within ten days after a final Order ruling on the motion, in order to schedule a Case Management Conference or re-set the Pretrial deadlines, if necessary.

Dated: 6/15/07

HONORABLE ~~CATHY ANN BENCIVENGO~~
Jeffrey T. Miller

[~~PROPOSED~~] ORDER

Case No. 99-CV-1461 JM (CAB)

1