UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS, Jr.,<br><br>                                 Plaintiff,<br><br>   v.<br><br>CAL TERHUNE, et al.,<br><br>                                Defendants. | Civil No.   99-CV-1461 JM (CAB)<br><br>**ORDER SEALING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

       The Court hereby seals the Report and Recommendation to Grant in Part and Deny in Part Defendants' Motion for Summary Judgment ("the Report and Recommendation").  The Court previously granted two Plaintiff's *Ex Parte* Applications to File Documents under Seal ("the applications").  The applications concerned Plaintiff's exhibits filed in support of the opposition to Defendants' motion for summary judgment, including the deposition transcripts of Plaintiff and several Defendants, and a confidential investigation report.  These documents are cited and/or discussed throughout the Report and Recommendation.  Accordingly, the Court finds good cause to seal the Report and Recommendation.

       **IT IS SO ORDERED.**

DATED: July 3, 2007

                                                                **CATHY ANN BENCIVENGO**
                                                                United States Magistrate Judge